UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-39859 |
|---|---|
| DAVID J. SWISSHELM | (Chapter 13) |
| AMANDA M. SWISSHELM | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4014698**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 16 | PEDIATRIC ANESTH/DAYTON<br>BOX 71-3017<br>COLUMBUS, OH  43271 | 12.50 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/11/2010

Case 3:04-bk-39859   Doc 50    Filed 05/11/10   Entered 05/11/10 10:47:01   Desc Main
Document      Page 2 of 2

Certificate of Service              04-39859

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAVID J. SWISSHELM
AMANDA M. SWISSHELM
624 WASHINGTON AVE.
GREENVILLE, OH  45331

W MARK JUMP
2130 ARLINGTON RD
COLUMBUS, OH  43221

(28.1n)
B FIRST LLC
MAIL STOP 550
2101 FOURTH AVENUE SUITE 1030
SEATTLE, WA  98121

(24.1n)
CITIMORTGAGE INC
BOX 790001
MS 301
ST LOUIS, MO  63179

(30.1n)
DISCOVER FINANCIAL SERVICES
BOX 8003
HILLIARD, OH  43026

(33.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(29.1n)
HILARY B. BONIAL
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(31.1n)
JS & ASSOCIATES APPRAISAL SERV
BOX 360713
COLUMBUS, OH  43236

(36.1n)
LINH TRAN
2101 FOURTH AVE
SUITE 900
SEATTLE, WA  98121

(32.1n)
LVNV FUNDING LLC
RESURGENT ACQUISITION LP
P.O. BOX 10587
GREENVILLE, SC  29603

(16.1)
PEDIATRIC ANESTH/DAYTON
BOX 71-3017
COLUMBUS, OH  43271

(35.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            sv

0439859_42_20100511_0948_278/T317_sv